IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN BUDLER and LINDA BUDLER, as Co-Personal Representatives of the Estate of Andrew Budler, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>    Defendant. | 8:02CV161<br><br>ORDER OF DISMISSAL |

Pursuant to Opinion of the Eighth Circuit Court of Appeals, Filing No. 86, General Motors Corporation's motion to dismiss this action is granted.  This case is dismissed with prejudice.

DATED this 11th day of May, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge