IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CABELA'S, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02cv181 |
| | ) | |
| v. | ) | |
| | ) | |
| MATZUO AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 12 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 12 from the record.

DATED this 11th day of May, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge